IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mitchell, Lodia B

Printed: 5/6/08

Case Number: 04 B 30191
Judge: Hollis, Pamela S
Filed: 8/13/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: May 2, 2008
Confirmed: November 1, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 20,173.37 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 17,215.18 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,905.20 |
| Trustee Fee: |  | 1,052.99 |
| Other Funds: |  | 0.00 |
| Totals: | 20,173.37 | 20,173.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | Resurgent Capital Services | Unsecured | 1,542.76 | 1,542.76 |
| 3. | Aspire Visa | Unsecured | 2,395.19 | 2,395.19 |
| 4. | Resurgent Capital Services | Unsecured | 2,586.68 | 2,586.68 |
| 5. | Specialized Management Consultants | Unsecured | 814.40 | 814.40 |
| 6. | ECast Settlement Corp | Unsecured | 1,430.17 | 1,430.17 |
| 7. | Household Financial Corporation | Unsecured | 660.87 | 660.87 |
| 8. | Juniper Bank | Unsecured | 3,415.02 | 3,415.02 |
| 9. | Retailers National Bank | Unsecured | 324.45 | 324.45 |
| 10. | ECast Settlement Corp | Unsecured | 216.37 | 216.37 |
| 11. | Capital One | Unsecured | 3,829.27 | 3,829.27 |
| 12. | Bank Of America | Unsecured |  | No Claim Filed |
| 13. | BP Amoco | Unsecured |  | No Claim Filed |
| 14. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,120.38 | $ 19,120.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 215.72 |
| 4% | 56.66 |
| 3% | 43.03 |
| 5.5% | 234.62 |
| 5% | 71.70 |
| 4.8% | 136.79 |
| 5.4% | 294.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Mitchell, Lodia B

Printed:  5/6/08

Case Number:  04 B 30191
Judge:  Hollis, Pamela S
Filed:  8/13/04

_____
$ 1,052.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____